

ORIGIN ID:PBIA (646) 318-0115
SAMUEL NUNBERG
600 S DIXIE HWY APT 455
WEST PALM BEACH, FL 33401
UNITED STATES US

SHIP DATE: 18JUL22
ACTWGT: 0.40 LB
CAD: 6992163/SSF02321

BILL CREDIT CARD

TO **UNITED STATES BANKRUPTCY COURT
BRIEN MCMAHON FEDERAL BUILDING
OFFICE OF COURT CLERK
915 LAFAYETTE BLVD
BRIDGEPORT CT 06604**

(000) 000-0000 REF:
INV:
PO: DEPT:

FedEx Express

E

TRK# 2756 9198 1080
TUE — 19 JUL 4:30P
STANDARD OVERNIGHT

XE BCCA
06604
CT-US BDL

